# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHARLES ROBERT TAYLOR,

      Petitioner,

                                   Case No. 19-cv-11067

v.                                 Hon. Matthew F. Leitman

KEVIN LINDSEY,

      Respondent

_____/

## ORDER DENYING PETITIONER'S MOTION
## FOR THE APPOINTMENT OF COUNSEL (ECF No. 13)

On August 24, 2020, habeas petitioner Charles Robert Taylor filed a motion for the appointment of counsel. (*See* Mot., ECF No. 13.)  The motion is **DENIED** because the Court is not persuaded that it is appropriate to appoint counsel for Taylor at this time.

    **IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  September 14, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2020, by electronic means and/or ordinary mail.

                                    s/ Holly A. Monda
                                    Case Manager
                                    (810) 341-9764