UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES ROBERT TAYLOR,

       Petitioner,                                       Case No. 19-cv-11067
                                                          Hon. Matthew F. Leitman

v.

KIM CARGOR,[1]

       Respondent.
_____/

## JUDGMENT

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus.

In accordance with the Opinion and Order entered on April 17, 2023:

    (1) The Petition for a Writ of Habeas Corpus is DENIED.

    (2) A Certificate of Appealability is DENIED.

    (3) Petitioner is granted leave to appeal *In Forma Pauperis*.

                                                            KINIKIA ESSIX
                                                            CLERK OF COURT

                                      By:    s/Holly A. Ryan
                                                           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                            Dated:  April 17, 2023
United States District Judge                         Detroit, Michigan

---

[1]   The caption is amended to reflect the proper respondent in this case, the warden of the prison where Petitioner is currently incarcerated. *See Edwards v. Johns*, 450 F. Supp. 2d 755, 757 (E.D. Mich. 2006); *see also* Rules Governing § 2254 Cases, Rule 2(a), 28 U.S.C. foll. § 2254.